**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOE, JOHN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOSTON UNIVERSITY and<br>TRUSTEES OF BOSTON UNIVERSITY<br><br>　　　Defendants. | CIVIL ACTION NO:<br>**1:24-cv-10619-FDS** |

## CORPORATE DISCLOSURE STATEMENT

Defendants submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendants state that the proper corporate name of Boston University is "Trustees of Boston University," and that Trustees of Boston University is a non-profit organization. Trustees of Boston University has no parent corporation and no publicly held corporation owns 10% or more of it.

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　BOSTON UNIVERSITY, TRUSTEES OF
　　　　　　　　　　　　　　BOSTON UNIVERSITY,
　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　/s/ Jennifer Belli
　　　　　　　　　　　　　　Jennifer Belli (BBO #660278)
　　　　　　　　　　　　　　jbelli@bu.edu
　　　　　　　　　　　　　　Boston University
　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　125 Bay State Road Boston,
　　　　　　　　　　　　　　MA 02215
　　　　　　　　　　　　　　(617) 353-2326


Dated: March 26, 2024

## <u>CERTIFICATE OF SERVICE</u>

     I, Jennifer Belli, hereby certify that this document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 26, 2024.


<u>/s/ Jennifer Belli</u>