UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>　　Defendant. | Civil Action No. 1:24-cv-10619-FDS |

## NOTICE OF INTENT TO CALL EXPERT WITNESS

Pursuant to the Court's July 15, 2024 scheduling order (ECF No. 29) Defendant Trustees of Boston University hereby submits its notice of intent to call up to two expert witnesses in this matter so that the Court may alter the schedule to account for expert discovery.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TRUSTEES OF BOSTON UNIVERSITY,

　　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ *Victoria L. Steinberg*
　　　　　　　　　　　　　　　　　　　　Victoria L. Steinberg (BBO No. 666482)
　　　　　　　　　　　　　　　　　　　　vsteinberg@clohertysteinberg.com
　　　　　　　　　　　　　　　　　　　　Rebecca M. O'Brien (BBO No. 693592)
　　　　　　　　　　　　　　　　　　　robrien@clohertysteinberg.com
　　　　　　　　　　　　　　　　　　　CLOHERTY & STEINBERG LLP
　　　　　　　　　　　　　　　　　　　One Financial Center, Suite 1120
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02111
　　　　　　　　　　　　　　　　　　　(617) 481-0160

Dated: March 31, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served electronically upon all counsel of record filing through the ECF system on March 31, 2025.

/s/ *Victoria L. Steinberg*
Victoria L. Steinberg
