UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff,*<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>    *Defendant.* | Civil Action No. 1:24-cv-10619-FDS |

## NOTICE OF INTENT TO CALL EXPERT WITNESSES

Pursuant to this Court's scheduling order [ECF No. 29], Plaintiff John Doe hereby notifies the Court that he intends to call two expert witnesses, on the following topics:

1. Economic damages; and

2. Impact of termination on employment prospects.

Plaintiff respectfully requests that the Court set forth a schedule for expert discovery, accordingly.

**Dated:** Boston, Massachusetts
      March 31, 2025

                                            **Respectfully submitted,**

                                            **NESENOFF & MILTENBERG, LLP**

                                            *Attorneys for Plaintiff John Doe*

                                            **By: /s/** *Andrew T. Miltenberg*
                                            **Andrew T. Miltenberg, Esq.**
                                            (***pro hac vice***)
                                            **363 Seventh Avenue, Fifth Floor**
                                            **New York, New York 10001**
                                            **(212) 736-4500**
                                            **amiltenberg@nmllplaw.com**

                                            **By: /s/** *Tara J. Davis*

1

**Tara J. Davis, Esq. (BBO No. 675346)**
**Regina M. Federico, Esq. (BBO No. 700099)**
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**tdavis@nmllplaw.com**
**rfederico@nmllplaw.com**

## CERTIFICATE OF SERVICE

    This document was served electronically upon all counsel of record filing through the ECF system on March 31, 2025.

*/s/ Tara J. Davis*
Tara J. Davis