UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>*Defendant.* | Case No. 24-cv-10619-FDS |

**JOINT MOTION TO EXTEND CASE DEADLINES**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff John Doe and Defendant Trustees of Boston University ("the University") jointly and respectfully request that this Court extend the case deadlines. In support hereof, the parties state as follows:

1. Plaintiff filed the Complaint in this matter on March 12, 2024. ECF No. 1.

2. On July 15, 2024, the Court entered a scheduling order, setting a fact discovery deadline of April 9, 2025, and a dispositive motion deadline of June 9, 2025. ECF No. 29.

3. On April 8, 2025, at the parties' joint request, this Court extended the fact discovery deadline to July 8, 2025, and the dispositive motion deadline to September 8, 2025. ECF Nos. 47, 50.

4. The parties have been actively engaged in fact discovery, working cooperatively and expeditiously to move the case forward.

5. For example, following receipt of the Plaintiff's production of documents, the University sent a deficiency to Plaintiff, and the parties conferred to narrow the areas of dispute.

1

Following the parties' conference, Plaintiff supplemented his responses to address the University's stated concerns without the need for court intervention.

6. In addition, the parties conferred early in the case to come to an agreement on the appropriate search terms and custodians to be used in connection with the search of Electronically Stored Information. After several negotiations, the parties agreed on the search terms and custodians to be implemented.

7. In order to respond to Plaintiff's fifty-three requests for the production of documents, the University has made six document productions in this case, totaling approximately 5,980 documents and more than 42,000 pages. The most recent production consisting of approximately 12,000 pages was made on June 4, 2025. Plaintiff's review of those documents has been and continues to be underway.

8. The parties had scheduled seven depositions to take place prior to the current deadline for fact discovery. Unfortunately, however, as those deposition dates approach, it has become clear that the volume of documents produced will require additional time for review and sufficient preparation for depositions.

9. In addition, the parties believe that a staged approach to the remainder of fact discovery might be efficient to permit the parties to assess the case and consider whether attempting resolution of the matter is feasible.

10. Accordingly, the parties request that the Court enter an order extending the deadline for fact discovery as follows:

| Event | Proposed Date |
|---|---|
| **Phase One** | |
| End of Phase One fact discovery (document discovery and key depositions) | August 29, 2025 |
| Stay for potential mediation | September 1, 2025 through September 30, 2025 |
| **Phase Two (**if the parties decline to mediate or the case does not resolve) | |
| End Phase Two fact discovery (the remainder of fact witness depositions) | October 21, 2025 |
| Status conference to determine expert discovery schedule and deadline for dispositive motions | At the court's convenience |

11. The parties are still prepared to appear for the telephonic status conference scheduled for July 10, 2025 at 3:00 p.m.

12. The parties have conferred about this request and jointly request the relief sought herein.

WHEREFORE, the parties respectfully request that this Court grant this Motion and extend the case deadlines as set forth above.

Respectfully submitted,

| | |
|---|---|
| JOHN DOE, | TRUSTEES OF BOSTON UNIVERSITY, |
| By his attorneys, | By their attorneys, |
| /s/ *Tara J. Davis* | /s/ *Victoria L/ Steinberg* |
| Tara J. Davis (BBO No. 675346) | Victoria L. Steinberg (BBO No. 666482) |
| Regina M. Federico (BBO No. 700099) | Rebecca M. O'Brien (BBO No. 693592) |
| 101 Federal Street, Nineteenth Floor | One Financial Center, Suite 1120 |
| Boston, Massachusetts 02110 | Boston, Massachusetts 02111 |
| (617) 209-2188 | (617) 481-0160 |
| tdavis@nmllplaw.com | vsteinberg@clohertysteinberg.com |
| rfederico@nmllplaw.com | robrien@clohertysteinberg.com |

Andrew T. Miltenberg *(pro hac vice)*
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for Defendants conferred with counsel for the Plaintiff, who joins in and assents to the relief requested herein.

/s/ *Victoria L. Steinberg*
Victoria L. Steinberg

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's CM/ECF system on June 10, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ *Victoria L. Steinberg*
Victoria L. Steinberg