UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Defendant. | Civil Action No. 1:24-cv-10619-FDS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Trustees of Boston University in the above-captioned case.

 

Respectfully submitted,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02111
(617) 481-0160

Dated: March 9, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served electronically upon all counsel of record filing through the ECF system on March 9, 2026.

/s/ *Alexandra Arnold*
Alexandra Arnold