**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

John Doe
_____
                Plaintiff(s)

                                                          CIVIL ACTION

        V.                                                NO. 24-cv-10619-FDS
                                                              _____
Trustees of Boston University
_____
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Saylor
         _____

☐   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑   On May 14, 2026_____ I held the following ADR proceeding:

        ☐  SCREENING CONFERENCE          ☐  EARLY NEUTRAL EVALUATION

        ☑  MEDIATION                     ☐  SUMMARY BENCH / JURY TRIAL

        ☐  MINI-TRIAL                    ☐  SETTLEMENT CONFERENCE

        All parties were represented by counsel  [except _____]

        The parties were ☑ /were not ☐   present in person or by authorized corporate officer [except

        _____].

        The case was:

☐   Settled.  Your clerk should enter a _____ day order of dismissal.

☐   There was progress.  A further conference has been scheduled for _____ unless

        the case is reported settled prior to that date.

☑   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

        case should be restored to your trial list.

☐   Suggested strategy to facilitate settlement:


May 14, 2026                          /s/ Paul G. Levenson
_____                    _____
        DATE                         ADR Provider


(ADRReportforpdf.wpd  - 4/12/2000)