**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| John Doe**,** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| **v.** | )     **Civil Action No.** 1:24-cv-10619-FDS |
| | ) |
| Trustees of Boston University**,** | ) |
| | ) |
| **Defendant(s).** | ) |
| | ) |

### ORDER ON MOTION TO SEAL

**SAYLOR, J.**

The motion to seal is GRANTED, subject to the following conditions:

Plaintiff/Defendant shall file a redacted copy of the sealed pleading and other materials on the public docket.  The redactions shall be as limited as reasonably necessary to prevent the disclosure of the confidential information.

This order is provisional, and is intended in part to promote efficiency and to avoid unnecessary expense and delay while the appropriateness of specific redactions is being considered.  The court may modify or vacate this order, or direct that certain redacted materials be placed in the public record, for good cause and as the interests of justice may require.

**So Ordered.**

/s/ F. Dennis Saylor, IV
F. Dennis Saylor IV
United States District Judge

Dated:  6/3/2026