**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **JOHN DOE,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTEES OF BOSTON UNIVERSITY,**<br><br>*Defendant.* | **Case No. 24-cv-10619-FDS** |

**ASSENTED TO MOTION TO EXTEND**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff John Doe respectfully requests an extension of time, until June 24, 2026, to submit a response to Defendant's motion to compel. In support hereof, Plaintiff states as follows:

1.      Plaintiff filed the Complaint in this matter on March 12, 2024. ECF No. 1.

2.      Between July 2024 and January 2026, the Parties engaged in fact discovery.

3.      On May 27, 2026, the Parties appeared for a status conference, during which the Court imposed amended case deadlines and instructed the Defendant to file any motion to compel discovery by June 3, 2026. ECF No. 83.

4.      On June 3, 2026, BU filed a motion to seal. ECF No. 84.

5.      The Court granted the motion to seal on the same day and provided Defendant instructions for filing its motion to compel. ECF No. 85.

6.      Counsel for BU thereafter filed the motion to compel and eight exhibits under seal, also on June 3, 2026.

7.      Plaintiff's response to the motion to compel is currently due by June 17, 2026.

1

8.      Due to other impending deadlines, depositions, and personal commitments, Plaintiff respectfully requests an extension of one additional week, to respond to the motion to compel, until June 24, 2026.

9.      Plaintiff's counsel has conferred with Defendant's counsel regarding the relief requested, and BU assents to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and extend the deadline to respond to BU's motion to compel, until June 24, 2026.

Dated: Boston, Massachusetts
       June 11, 2026

Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**
*Counsel for Plaintiff John Doe*

*/s/ Tara J. Davis*
Tara J. Davis (BBO No. 675346)
Regina M. Federico (BBO No. 700099)
101 Federal Street, Nineteenth Floor
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com
rfederico@nmllplaw.com

Andrew T. Miltenberg *(pro hac vice)*
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

2

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for Plaintiff conferred with counsel for Defendant, who assents to the relief requested herein.

/s/ *Tara J. Davis*
Tara J. Davis

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's CM/ECF system on June 11, 2026 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ *Tara J. Davis*
Tara J. Davis