**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOE, JOHN<br><br>      Plaintiff,<br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY<br><br><br>      Defendant. | **CIVIL ACTION NO:**<br>**1:24-cv-10619-FDS** |

**NOTICE OF WITHDRAWAL**

Attorney Jennifer Belli hereby withdraws her appearance in the above-titled matter on behalf of Defendant Trustees of Boston University ("the University"). Attorneys Victoria L. Steinberg, Rebecca M. O'Brien, and Alexandra Arnold will continue to represent the University in this matter going forward.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By their attorney,

/s/  Jennifer Belli
Jennifer Belli (BBO #660278)
jbelli@bu.edu
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215
(617) 353-2326

Dated: July 17, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer Belli, hereby certify that this document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/   Jennifer Belli