**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JOHN DOE,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**TRUSTEES OF BOSTON UNIVERSITY,**<br><br>***Defendant.*** | **Case No. 24-cv-10619-FDS** |

**JOINT MOTION TO EXTEND EXPERT DISCOVERY AND RULE 702 MOTION DEADLINES**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff John Doe and Defendant Trustees of Boston University ("the University") jointly and respectfully request that this Court extend the case deadlines with respect to expert discovery and Rule 702 motion deadlines. In support hereof, the Parties state as follows:

1. On October 1, 2025, the Court first established initial expert discovery deadlines. [ECF No. 56].

2. On November 21, 2025, the Parties jointly moved the court for an extension of time to complete discovery [ECF No. 52], which the Court granted, and established amended case and new expert discovery deadlines. [ECF No. 58].

3. The Parties jointly moved the Court on January 16, 2026 for a referral to a Magistrate Judge for mediation. [ECF No. 61].

4. On January 30, 2026, the Court appointed an initial Magistrate Judge [ECF No. 63], and on February 10, 2026, scheduled an alternative dispute resolution ("ADR") conference for March 12, 2026. [ECF No. 64].

5. The Court rescheduled the ADR conference for March 26, 2026 [ECF No. 66], which the Court cancelled on March 20, 2026. [ECF No. 71].

6. The Court assigned a new Magistrate Judge to preside over the ADR conference on March 20, 2026. [ECF No. 70].

7. The Parties appeared for the ADR conference before Magistrate Judge Levenson on May 14, 2026 [ECF Nos. 74, 82]; however, the Parties did not resolve the matter at the ADR conference. [ECF No. 82].

8. On May 27, 2026, Parties appeared before the Court for a status conference, where the Court set forth the following case deadlines:

| **Event** | **Prior Case Deadline [ECF No. 83]** |
|---|---|
| Deadline to complete opening expert disclosures | July 17, 2026 |
| Deadline to complete responsive/rebuttal expert reports | August 17, 2026 |
| Deadline to complete reply expert reports | September 1, 2026 |
| Deadline to complete expert discovery | October 1, 2026 |
| Deadline to file Rule 702 motions | November 9, 2926 |
| Deadline to file dispositive motion(s) | November 9, 2026 |
| Deadline to file opposition(s) in response to dispositive motions | December 14, 2026 |
| Deadline to file replie(s) to dispositive motions | December 21, 2026 |

9. While expert discovery progressed, the Court adjudicated a motion to compel. [ECF Nos. 81, 84, 86-92, 96-100].

10. On August 7, 2026, the Parties appeared before the Court for a scheduling conference, where the Court ordered the following amended case deadlines. [ECF No. 95].

| **Event** | **Current Case Deadline [ECF No. 95]** |
|---|---|
| Deadline to complete expert discovery | October 1, 2026 |
| Deadline to file Rule 702 motions | November 9, 2926 |
| Deadline to file dispositive motion(s) | November 9, 2026 |
| Deadline to file opposition(s) in response to dispositive motion(s) | December 14, 2026 |

| Event | Current Case Deadline [ECF No. 95] |
|---|---|
| Deadline to file replies to dispositive motion(s) | December 21, 2026 |

11. The Court also scheduled a status conference to occur on October 5, 2026. [ECF No. 95].

12. At the current juncture, the Parties have completed exchanging expert initial disclosures, rebuttal reports, and replies.

13. The Parties worked to obtain deposition dates for the three expert deponents: two experts offered by the Plaintiff, and one offered by the Defendant. Due to the availability of the expert deponents, their depositions remain outstanding. The Parties established dates for two expert depositions to occur in the month of October and are finalizing the last expert deposition date to occur in that same time frame.

14. The Parties are also finalizing a date for the continued deposition of Dr. Doe to occur in the month of October.

15. Accordingly, the Parties respectfully request that the Court enter an order extending the expert discovery deadlines as follows:

| Event | Current Case Deadline [ECF No. 95] | *Proposed* Case Deadline |
|---|---|---|
| Deadline to complete expert discovery | October 1, 2026 | November 18, 2026 |
| Deadline to file Rule 702 motions | November 9, 2926 | December 16, 2026 |
| Deadline to file oppositions in response to Rule 702 motions | December 14, 2026 | January 20, 2026 |
| Deadline to file replies to Rule 702 motions | December 21, 2026 | January 27, 2026 |

16. The Parties have conferred about this request and agreed to the requested relief sought herein.

17. The Parties plan to address the dispositive motion deadlines at the next Status Conference.

WHEREFORE, the parties respectfully request that this Court grant this Motion and extend the case deadlines with respect to expert discovery and Rule 702 motions as set forth above.

Dated: October 2, 2026
Boston, Massachusetts

**Respectfully submitted,**

***Plaintiff John Doe,***

**By his attorneys,**

**NESENOFF & MILTENBERG, LLP**

*/s/ Regina M. Federico*
Tara J. Davis (BBO No. 675346)
Regina M. Federico (BBO No. 700099)
101 Federal Street, Nineteenth Floor
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com
rfederico@nmllplaw.com

Andrew T. Miltenberg *(pro hac vice)*
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

***Defendant Trustees of Boston University,***

**By their attorneys,**

**CLOHERTY & STEINBERG LLP**

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg (BBO No. 666482)
Alexandra Arnold (BBO No. 706208)
One Financial Center, Suite 1120
Boston, Massachusetts 02111
(617) 481-0160
vsteinberg@clohertysteinberg.com
aarnold@clohertysteinberg.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for Plaintiff conferred with counsel for the Defendant, who agreed to the relief requested herein.

/s/ *Regina M. Federico*
Regina M. Federico

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Court's CM/ECF system on October 2, 2026 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ *Regina M. Federico*
Regina M. Federico