UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DOE,

Plaintiff,

v.

TRUSTEES OF BOSTON UNIVERSITY,

Defendant.

Civil Action No. 1:24-cv-10619-FDS

**MOTION TO EXTEND DISPOSITIVE MOTION AND RULE 702 DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Trustees of Boston University ("BU") respectfully requests that this Court extend the current deadlines for dispositive motions and motions brought pursuant to Fed. R. Evid. 702. As grounds, BU states as follows:

1. On October 1, 2025, the Court first set deadlines for dispositive motions [ECF No. 56].

2. On May 27, 2026, after the parties were unable to resolve this matter through mediation, the Court set the following deadlines [ECF No. 83]:

| Event | Prior Case Deadlines [ECF No. 83] |
| --- | --- |
| Deadline to complete expert discovery | October 1, 2026 |
| Deadline to file dispositive motions and Rule 702 motions | November 9, 2026 |
| Deadline to file oppositions in response to dispositive motions and Rule 702 motions | December 14, 2026 |
| Deadline to file replies to dispositive motions and Rule 702 motions | December 21, 2026 |

3. On October 6, 2026, the parties appeared before the Court for a status conference, where the Court ordered the following amended case deadlines [ECF No. 104]:

| Event | Current Case Deadlines [ECF No. 104] |
|---|---|
| Deadline to complete expert discovery | November 18, 2026 |
| Deadline to file dispositive motions and Rule 702 motions | December 16, 2026 |
| Deadline to file oppositions in response to dispositive motions and Rule 702 motions | January 20, 2027 |
| Deadline to file replies to dispositive motions and Rule 702 motions | January 27, 2027 |
| Hearing on dispositive motions and Rule 702 motions | February 11, 2027 |

4. At this point, the parties have completed expert depositions. BU has requested and is awaiting additional documents that were not previously produced and on which Doe's experts relied.

5. Doe was deposed on August 26, 2025. During his deposition, Doe testified to the existence of a number of journal entries and other documents responsive to discovery requests that had not been produced.

6. Thereafter, Doe produced some of the documents to which he had testified.

7. On September 2, 2026, following motion practice, Doe was ordered to produce additional journal entries and did so [Dkt. No. 100].

8. On November 19, 2026, after his experts' depositions, Doe served additional financial documents on BU that had not previously been produced.

9. Doe's continued deposition was scheduled for November 17, 2026, but had to be rescheduled due to a serious family health issue that required undersigned lead counsel to leave the state unexpectedly. The parties are working together to finalize a date for the rescheduled deposition to occur in the month of December.

10. Accordingly, BU respectfully requests that the Court enter an order extending the expert discovery deadlines as follows:

| Event | Current Case Deadlines | Proposed Case Deadlines |
|---|---|---|
| Deadline to file dispositive motions and Rule 702 motions | December 16, 2026 | January 15, 2027 |
| Deadline to file oppositions in response to dispositive motions and Rule 702 motions | January 20, 2027 | February 12, 2027 |
| Deadline to file replies to dispositive motions and Rule 702 motions | January 27, 2027 | February 19, 2027 |
| Hearing on dispositive motions and Rule 702 motions | February 11, 2027 | At the Court's convenience |

11. The parties conferred regarding the subject of the motion on November 18, 2026, and Doe takes no position on the requested relief.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,

By their attorneys,

/s/ *Alexandra Arnold*

Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02111
(617) 481-0160

Dated: November 24, 2026

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for BU conferred with counsel for Doe, who takes no position on the relief requested herein.

/s/ *Alexandra Arnold*
Alexandra Arnold

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served electronically upon all counsel of record filing through the ECF system on November 24, 2026.

/s/ *Alexandra Arnold*
Alexandra Arnold